# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____13-390 M_____

2) Defendant's Name: __MULLEN__ __MICHAEL__ _____
   (Last)  (First)  (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes _X_No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: _X_Yes ___No   Date/Time: __5/7/13__

10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ___

11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: ✓
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __ADRIANA LOPEZ__

14) DEFENSE COUNSEL'S NAME: __ZACHARY MARGULIS-OHNUMA__
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: ___ RET: _X_
    Telephone Number: (___) _____

15) LOG #: __352-4:39__   MAG. JUDGE: VIKTOR POHORELSKY

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _Defense counsel presents a bail package of 3 sureties. Gov't opposes. Court grants application. Deft will not be released until all sureties sign bond._

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE